```
DUPLICATE

Court Name: US District Court SDO
Division: 2
Receipt Number: 200COL063843
Cashier ID: backupsm
Transaction Date: 11/18/2020
Payer Name: Internal Revenue Servi
ce
-----------------------------------
TREASURY REGISTRY
 For: Internal Revenue Service
 Case/Party: D-OHS-2-18-CV-000363-
001
 Amount:         $1,300.00
-----------------------------------
PAPER CHECK CONVERSION
 Remitter: Vinton County
 Check/Money Order Num: 13416
 Amt Tendered: $1,300.00
-----------------------------------
Total Due:      $1,300.00
Total Tendered: $1,300.00
Change Amt:     $0.00


A fee of $53.00 will be assessed o
n
all returned checks.
```