## JUDICIAL DEED TO REAL PROPERTY

WHEREAS, on April 20, 2018, in Case No. 2:18-cv-00363, in the United States District Court for the Southern District of Ohio, the United States of America, as Plaintiff, filed its complaint and commenced an action praying, *inter alia*, for the enforcement of federal tax liens through a judicial sale of certain real property known as Rock Run Road, Jackson, Ohio, which is Jackson County permanent parcel numbers G11-007-00-124-00 and G11-007-00-125-01 (the "Property"), in order to collect certain federal taxes of Defendants William W. Johnson, Rosetta P. Johnson, Family Entertainment Services, Inc., and Jackson County Holdings, Inc.;

WHEREAS, on June 4, 2019, the district court ordered the enforcement of the federal tax liens that have attached to such real property, and on July 11, 2019, appointed the Property Appraisal and Liquidation Specialists for the Internal Revenue Service, U.S. Department of the Treasury, to take possession of, and to arrange for the public sale of, such real property; and,

WHEREAS, on December __, 2020, the district court entered an order confirming in all respects the sale by public auction of the Property to David R. Michael, as the successful bidder, for the sum of $31,551.00, authorized and directed the Internal Revenue Service, U.S. Department of the Treasury, to convey such real property to the successful bidder, and approved of the form of this deed.

NOW, THEREFORE, the Internal Revenue Service, U.S. Department of the Treasury, pursuant to the authority and direction given to it by order of the district court, does hereby bargain, sell, transfer, and convey to David R Michael, all of the rights, titles, claims, and interests that the parties to this action have in and to the following described real property, to have and to hold, forever, for its own use and disposition:

Situate in the County of Jackson, Township of Liberty and State of Ohio, to wit:

First Tract:  A part of S.S.R. Lot No. four (4), township seven (7), range nineteen (19), beginning at the northwest corner of said lot; thence south along the west line of said lot, 40 rods to the church lot; thence eastward along the north line of said church lot to the County road running north and south through said Lot 4; thence northward along the center line of said road to the north line of said Lot 4; thence west along said north line to the beginning, containing six (6) acres, more or less.

Second Tract:  A part of S.S.R. Lot No. four (4) in township seven (7), range nineteen (19), beginning at the north east corner of said Lot; thence west on the north line of said lot to the public road; thence southeast along the line of the school lot 8 rods; thence southeast along the line of the school lot 20 rods to lands of William Music; thence northeast along the line of said lands of William Music to the east line of S.S.R. Lot No. 4; thence north along the line of said Lot 4 to the place of beginning, excepting out of the last described tract five (5) acres out of the north east corner and one (1) acre out of the north west corner, said tract containing after said exceptions, 13.10 acres.

<u>Third Tract:</u>  A part of S.S.R. Lot No. four (4), in the township and range aforesaid, said beginning point in the north west corner of said lot; thence east 2 rods; thence southeasterly along the line of said Crawford land 15½ rods; thence southerly to the east line of said Crawford's premises 10 rods from the west line of said Crawford's premises; thence to the west line of said Lot No. 4; thence north to the place of beginning, containing 1½ acre.

EXCEPTING FROM THE ABOVE DESCRIBED REAL ESTATE:

(A) Those premises conveyed to Edwin A. Jones et al. and being more particularly described as follows:

Being a part of Scioto Salt Reserve Lot #4 of Township Seven (7), Range Nineteen (19) described as follows:

Beginning at the northeast corner of said lot; thence West on the North line of said lot to the public road as now located; thence South and Southeast along the center line of said road to the Northwest corner of what was known as the School Lot; thence Northeast along the line of the School Lot Eight (8) Rods to the corner of said School Lot; thence Southeast along the line of said School Lot Twenty 20 (20) rods to the lands Edwin A. Jones and James McKitterick formerly owned by William Music; thence northeastward along said line of lands of Jones and McKitterick to the East line of Lot #4; thence North along the East line of said Lot to the place of beginning.  Except Five (5) acres out of the Northeast corner of the tract above described containing after said exceptions 14.1 acres, more or less.

(B) And also EXCEPTING those premises conveyed to James Paugh and being more particularly described as follows:

A part of S.S.R. Lot four (4) of township seven (7), range nineteen (19), described as follows:  Beginning at the southeast corner of section eleven (11), township seven (7), range eighteen (18), in the center of the road; thence west along the north line of said Lot No. 4, 260 feet; thence south 168 feet to a post; thence east 260 feet to the center of the road, thence north along the center of the road to the place of beginning 168 feet, containing one (1) acre.

The Real estate above described containing, after said exceptions, 5.5 acres, more or less.

<u>Fourth Tract:</u>  A part of S.S.R. Lot No. five (5) in township and range aforesaid, beginning at the north east corner of said lot; thence west along the north line thereof 36 rods to a large rock; thence from said point of rock to another in a southeasterly direction around the ledge of rock to a point in the county road 33 rods south of the place of beginning; thence to the place of beginning containing six (6) acres, more or less.

Parcel Numbers G11-007-00-124-00 (3.583 acres) ("Rock Run Road Parcel #3"), G11-007-00-125-01 (3.793 acres) ("Rock Run Road Parcel #4")

Said real property is conveyed to David R. Michael, free and clear of all the rights, titles, claims, and interests of the Defendants William W. Johnson, Rosetta P. Johnson, Family Entertainment Services, Inc., and Jackson County Holdings, Inc., subject to building lines, if established, all laws, ordinances, and governmental regulations (including building and zoning ordinances) affecting the real property, and easements, restrictions, and reservations of record, if any.

I have hereunto set my hand and seal, this \_\_\_\_ day of _____ 202\_\_.

_____
[insert name]
AREA DIRECTOR, COLLECTIONS

By: _____
[insert name]
Manager, Advisory Group
SB/SE Division, _____ Area
Internal Revenue Service
U.S. Department of the Treasury

_____   )
_____ County, SS.   )

On this\_\_\_ day of _____, 202\_\_, before me personally appeared _____, to me known to be the person described in and who executed the foregoing instrument, and acknowledged that he executed the same as his free act and deed.

_____

Notary Public

My Commission Expires: